Orville Chester GARRISON, Petitioner, v.
UNITED STATES of America.

No. 14072.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1949.

Orville Chester Garrison, pro se.

PER CURIAM.

Motion of petitioner for leave to prosecute in forma pauperis motion to recall mandate of this Court in case No. 513, Orig-

inal, Garrison et al. v. Reeves, District Judge, granted, and motion of petitioner to recall mandate denied.